KELLER *v.* WISCONSIN EX REL. STATE BAR OF
WISCONSIN.

No. 429. Decided June 10, 1963.

*Frank M. Coyne* for petitioner.

*John W. Reynolds,* Attorney General of Wisconsin,
and *Warren H. Resh,* Assistant Attorney General, for
respondent.

PER CURIAM.

The petition for writ of certiorari is granted, the judg-
ment is vacated and the case is remanded to the Supreme
Court of Wisconsin for reconsideration in light of *Sperry*
v. *Florida ex rel. Florida Bar,* 373 U. S. 379.